# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

ANTHONY BAILEY,

        Plaintiff,

vs.

CITY OF NORTH LAS VEGAS POLICE DEPARTMENT, STATE OF NEVADA, OFFICER WINFIELD #2244, OFFICER SAM ENRIQUEZ #1560,

        Defendants.

2:10-CV-01398-PMP-LRL

**ORDER**

        The Court having read and considered Plaintiff Bailey's fully briefed Motion to Strike Defendants Answer to Plaintiff's Civil Rights Complaint Pursuant to Rule 12(f)(3) Lack of Subject Matter Jurisdiction (Doc. #10) and Plaintiff Bailey's Motion for Default Judgment Pursuant to Nevada Rule of Civil Procedure 55(b)(2) and Rule 2.70 of Eighth Judicial District Court (Doc. #11) and good cause appearing,

        **IT IS ORDERED that** Plaintiff Anthony Bailey's Motion to Strike Defendants' Answer to Plaintiff's Civil Rights Complaint Pursuant to Rule 12(f)(3) Lack of Subject Matter Jurisdiction (Doc. #10) and Plaintiff Anthony Bailey's

///

///

1 | Motion for Default Judgment Pursuant to Nevada Rule of Civil Procedure 55(b)(2)
2 | and Rule 2.70 of Eighth Judicial District Court (Doc. #11) are **DENIED**.

4 | DATED: September 27, 2010.

                                                                                 _____
PHILIP M. PRO
United States District Judge