UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONY BAILEY,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS POLICE DEPARTMENT, STATE OF NEVADA, OFFICER WINFIELD #2244, OFFICER SAM ENRIQUEZ #1560,<br><br>          Defendants. | 2:10-CV-01398-PMP-LRL<br><br>**ORDER** |

Having read and considered Defendants City of North Las Vegas Police Department, Officer Winfield, Officer Enriquez' fully briefed Motion for Judgment on the Pleadings (Doc. #36), filed on December 21, 2010, and good cause appearing,

The Court finds that Defendants' Motion on the Pleadings (Doc. #36) must be granted.

Specifically, the Court finds that Defendant the North Las Vegas Police Department is entitled to judgment because it exists merely as a department within the City of North Las Vegas Police Department, and has no other separate legal existence. As a result, the North Las Vegas Police Department cannot be sued as a separate or distinct legal entity.

/ / /

**IT IS THEREFORE ORDERED that** Defendants City of North Las Vegas Police Department, Officer Winfield, Officer Enriquez' Motion for Judgment on the Pleadings (Doc. #36) is **GRANTED**.

DATED: January 11, 2011.

_____
PHILIP M. PRO
United States District Judge