UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONY BAILEY,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS POLICE DEPARTMENT, STATE OF NEVADA, OFFICER WINFIELD #2244, OFFICER SAM ENRIQUEZ #1560,<br><br>    Defendants. | 2:10-CV-01398-PMP-LRL<br><br>**ORDER** |

**IT IS ORDERED that** Plaintiff's Motion for Entry of Default Judgment Against Ross Miller (Doc. #35), Plaintiff's Motion to Compel (Doc. #40) and Plaintiff's Motion Seeking Clarification (Doc. #43) are **DENIED** without prejudice.

**IT IS FURTHER ORDERED that** Plaintiff Bailey shall have to and including **February 17, 2011** to show that service has been properly effected on Defendant Ross Miller.

DATED: January 18, 2011.

*(signature)*
PHILIP M. PRO
United States District Judge