UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONY BAILEY,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS POLICE DEPARTMENT, STATE OF NEVADA, OFFICER WINFIELD #2244, OFFICER SAM ENRIQUEZ #1560,<br><br>  Defendants. | 2:10-CV-01398-PMP-LRL<br><br>**ORDER** |

**IT IS ORDERED that** Plaintiff's Motions Document Nos. #45, #46, #47, #48, and #50 are **DENIED.**

DATED: February 18, 2011.

*[signature]*

PHILIP M. PRO
United States District Judge